**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

|  |  |
|---|---|
| **GUILLERMO MENDEZ LOPEZ, et al.,** ) | |
| ) | |
| **Petitioners,** ) | |
| ) | **Civil Action No.** |
| **v.** ) | **26-12063-BEM** |
| ) | |
| **PATRICIA HYDE, et al.,** ) | |
| ) | |
| **Respondents.** ) | |
| ) | |

**ORDER GRANTING PETITIONERS'**
**MOTION FOR AN EMERGENCY TEMPORARY RESTRAINING ORDER**

**MURPHY, J.**

The Court hereby GRANTS in part Petitioners Guillermo Mendez Lopez and Yesica Yanina Aguirre Aguirre's Motion and enters a temporary restraining order ("TRO") pursuant to Federal Rule of Civil Procedure 65(b) against Respondents Patricia Hyde (Director of the Boston Field Office of U.S. Immigration and Customs Enforcement ("ICE")), Michael Krol (New England Special Agent in Charge of Homeland Security Investigations), Todd Lyons (Acting Director of ICE), Markwayne Mullin (Secretary of the U.S. Department of Homeland Security), Todd Blanche (Acting Attorney General of the United States), and John Doe (Name Not Identified at this Time) (the "official in charge of the ICE Field Office in Burlington, MA") (collectively, "Respondents"), prohibiting Respondents, their agents, and anyone acting in concert or participation with Respondents from arresting, detaining, removing, or otherwise taking Petitioners into custody in connection with their scheduled check-ins on May 25, 2026 and May 27, 2026, barring a change in circumstances pursuant to 8 C.F.R. §§ 241.4(I), 241.13(i).  The Court DENIES Petitioners' Motion insofar as it seeks any other relief.

The Court also orders that Petitioners serve the pleadings and a copy of this Order on Respondents within twenty-four hours of this Order.

Respondents' opposition to the Motion is due by **Thursday, May 28, 2026, at 3:00 p.m.** Petitioners may file a reply brief, limited to ten pages in length, by **Monday, June 1, 2026, at 3:00 p.m.**

This TRO shall become effective immediately upon entry by this Court.  This TRO expires 14 days from its issuance, on June 5, 2026.

**So Ordered.**

/s/ Brian E. Murphy
Brian E. Murphy
Dated:  May 22, 2026                    Judge, United States District Court
            7:10 p.m.

2